441 A.2d 775

Commonwealth v. Schumann, Appellant.

Argued April 6, 1981. Dean P. Arthur, Assistant Public Defender, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.